James A. Sellers, #184404
jamess@jlohman.com
The Law Offices of Jeffrey Lohman
4740 Green River Rd., Ste. 310
Corona, CA 92880
(657) 363-4699
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TROY HOLLAND-MASTER, | Case No. 3:18-cv-02154-MO |
| Plaintiff, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL |
| CHASE BANK USA, N.A., | |
| Defendant. | |

**PLEASE TAKE NOTICE** the Plaintiff to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant.

RESPECTFULLY SUBMITTED,

Dated: February 5, 2019

*/s/ James A. Sellers*
James A. Sellers, #184404

- 1 -

NOTICE OF VOLUNTARY DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2019, a copy of the foregoing Notice of Voluntary Dismissal was electronically filed with the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

RESPECTFULLY SUBMITTED,

*/s/ James A. Sellers*
James A. Sellers, #184404
jamess@jlohman.com
The Law Offices of Jeffrey Lohman
4740 Green River Rd., Ste. 310
Corona, CA 92880
(657) 363-4699
Attorney for Plaintiff